PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JARED STCLAIR,<br><br>          Defendant. | Case No. 5:19-po-00033-CDB<br><br>[Citation #6373039 CA/26]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:19-po-00033-JLT [Citation #6373039 CA/26] against JARED STCLAIR, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 25, 2024                              Respectfully submitted,

                                                              PHILLIP A. TALBERT
                                                              United States Attorney

                                                    By:   /s/ *Jeffrey A. Spivak*
                                                              JEFFREY A. SPIVAK
                                                              Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P., that Case No. 5:19-po-00033-JLT [Citation #6373039 CA/26] against JARED STCLAIR be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 29, 2024**

_____
UNITED STATES MAGISTRATE JUDGE